September 29, 1976.

APPEAL No. 76-222. PETER J. BARRETT *v.* J. BERNARD GORMAN *v.* JOSEPH E. MARRAN, JR., *Executor of Ethel M. Gorman Estate.* Motion of the plaintiff, Peter J. Barrett, to dismiss the appeal of the defendant, J. Bernard Gorman, as piecemeal review granted. This case is remanded to the Superior Court with direction that the Court remand this case to the proper District Court. *Morriss & Vacca, Anthony Vacca,* for plaintiff. *F. Albert Starr,* for defendant, J. Bernard Gorman. *Joseph E. Marran, Jr.,* pro se, third-party defendant.

September 30, 1976.

M. P. No. 75-216. STATE *v.* NEW ENGLAND ROOFING AND GUTTER CO., INC. *et al.* Motion of State for an extension of time to file its brief granted and said brief shall be filed within thirty (30) days. Motion of the petitioner to add the transcript to the record on appeal granted. *Julius C. Michaelson,* Attorney General, *Kenneth P. Madden,* Special Asst. Attorney General, for petitioner.

M. P. No. 76-59. FOX POOL CORPORATION *v.* A.A.A. POOL SERVICE & SUPPLY, INC. Motion of plaintiff to dismiss the appeal of the defendant granted. *Zimmerman, Roszkowski & Brenner, Gerald M. Brenner,* for plaintiff. *Hodosh, Spinella, Hodosh & Angelone, Ralph J. Gonnella,* for defendant.

M. P. No. 76-239. G. W. HORSLEY *v.* HAZEL KELLY. Petition for certiorari denied without prejudice as being moot. *G. W. Horsley,* plaintiff-respondent, pro se. *Robert M. Sabel, Rhode Island Legal Services, Inc.,* for defendant-petitioner.